IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 19-cv-2517-WJM-KLM

STANLEY L. O'BANION,

    Plaintiff,

v.

ANDRE MATEVOUSIAN, and
J.E. KRUEGER,

    Defendants.

## ORDER DENYING AS MOOT MOTION TO AMEND COMPLAINT

This matter is before the Court on Plaintiff Stanley L. O'Banion's Motion to Amend Complaint ("Motion"). (ECF No. 56.) For the reasons set forth below, the Motion is denied as moot.

Plaintiff is an inmate housed in United States Penitentiary – Administrative Maximum in Florence, Colorado, and is proceeding in this matter *pro se*. (ECF No. 1.) In his original Complaint, Plaintiff asserted a variety of constitutional claims against Defendants relating to the conditions of his incarceration.[1] (*See id*.) Defendants responded with a Motion to Dismiss (ECF No. 19) and Motion for Partial Summary Judgment (ECF No. 20). On September 7, 2020, the Court entered an Order granting the Motion for Partial Summary Judgment, and granting the Motion to Dismiss as to all but one of Plaintiff's claims (a Fifth Amendment procedural due process claim arising

---

[1] The Court assumes familiarity with Plaintiff's allegations, which are set forth in his original Complaint (ECF No. 1).

out of Defendants' alleged refusal to provide Plaintiff with toothpaste and soap).  (ECF No. 53.)  In this prior Order the Court concluded, among other things, that Plaintiff's allegations failed to establish the Court's personal jurisdiction over Defendant Krueger.  The Court granted Plaintiff leave to file an amended complaint *only* for purposes of curing the jurisdictional defect as to Krueger, and to assert an Eighth Amendment claim if he wished to do so.  (*Id.* at 26.)

However, instead of filing an amended complaint, Plaintiff filed the instant Motion.  (ECF No. 56.)  The Court will deny Plaintiff's Motion as moot; the Court has already granted Plaintiff leave to amend his complaint, which is the relief he seeks in his Motion.  The Court will afford Plaintiff a **final** opportunity to file an amended complaint, which will again be subject to the limits set forth in Part III.C of the Court's prior Order (ECF No. 53 at 26).

For the reasons set forth above, the Court ORDERS as follows:

1. Plaintiff's Motion to Amend (ECF No. 56) is DENIED AS MOOT; and
2. Plaintiff is GRANTED LEAVE to file an **amended complaint**, subject to the limits set forth in Part III.C of the Court's prior Order (ECF No. 53 at 26).  Should Plaintiff choose to file an amended complaint, Plaintiff must postmark and mail it to the Office of the Clerk no later than **November 20, 2020**.  NO FURTHER EXTENSION OF THIS DEADLINE TO FILE AN AMENDED COMPLAINT WILL BE GRANTED.

Dated this 28th day of October, 2020.

BY THE COURT:

William J. Martínez
United States District Judge